FILED

11/05/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0356



IN THE SUPREME COURT OF THE STATE OF MONTANA

Supreme Court Cause DA 20-0356

_____

ALEXANDER R. BRISHKA AND ILMA
BRISHKA, AS CO-TRUSTEES OF THE
BRISHKA TRUST ESTABLISHED
MARCH 29, 1999,

          Plaintiff/Appellant,

    -vs-

STATE OF MONTANA, DEPARTMENT OF
TRANSPORTATION,

          Defendant/Appellee,

][
][
][
][
][    **ORDER**
][
][
][
][
][
][
][

_____

## ORDER GRANTING EXTENSION OF TIME
## TO FILE APPELLANT'S BRIEF

Appealed from the Eleventh Judicial District of the State of Montana,
In and for the County of Flathead

Attorneys for Plaintiff/Appellants
Clifton W. Hayden
Law Offices of Clifton W. Hayden
913 Wisconsin Avenue, Suite 101
Whitefish, MT 59937
clif@whitefishlaw.lawyer

Attorneys for Defendant/Appellee
Mikel L. Moore
Moore, Cockrell, Goicoechea & Johnson, P.C.
P.O. Box 7370
Kalispell, Montana 59904
mmoore@mcgalaw.com

Kirsten Madsen
Assistant Attorney General
Agency Legal Services Bureau
1712 Ninth Avenue
P.O. Box 20144
Helena, Montana 59620-1440
Kmadsen@mt.gov

Appellant, Brishka Trust Established, March 29, 1999, having moved the Court for an extension of time to file Appellee's Brief, and good cause appearing;

IT IS HEREBY ORDERED, that Appellant, Brishka Trust Established, March 29, 1999, is granted an additional 30 days, up to and including December 2, 2020, to file its opening brief.

Dated this _____ day of November, 2020.


_____
Justice/Clerk

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
November 5 2020